Entered on Docket
August 01, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court.
Signed August 1, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Rickey Lee Aberle,<br><br>Debtor. | Case No. 09-46563<br><br>Chapter 7 |
| Jeffrey Koopen, *by and through his Guardian ad litem, Jacobus Koopen*<br><br>Plaintiff,<br>v.<br><br>Rickey Lee Aberle,<br><br>Defendant. | Adversary No. 09-04463 |

## MEMORANDUM REQUESTING DOCUMENT

In its preparation for the hearing on the Defendant's Motion for Summary Judgment in the above-captioned adversary proceeding, the Court wishes to examine one document from the State Court proceedings that is not included, currently, in the case record – the Statement of Issues on Appeal (or a similarly purposed document by another name) submitted to the California Court of Appeal. The Court requests that either one of the parties submit this document as an exhibit to a declaration no later than the close of business on Monday, **August 4, 2014.**

**END OF MEMORANDUM**

**Court Service List**

Anthony Boskovich
Boskovich & Appleton
28 N 1st St. 6th Fl.
San Jose, CA 95113-1210

Chris D. Kuhner
Kornfield, Nyberg, Bendes and Kuhner
1970 Broadway #225
Oakland, CA 94612